**Order filed January 10, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-01004-CR
_____

**LANCE ROBERTSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 344th District Court
Chambers County, Texas
Trial Court Cause No. 18007**

## ORDER

The clerk's record was filed December 19, 2016. Our review has determined that many relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). Those items are:

1. the indictment or information;

2. any special plea or defense motion that was presented to the court and overruled;

3.     any written waiver;

4.     any written stipulation;

5.     if a plea of guilty or nolo contendere has been entered, any documents executed for the plea;

6.     the court's judgment or other order being appealed;

7.     any request for findings of fact and conclusions of law, any post-judgment motion, and the court's order on the motion;

8.     any formal bill of exception;

9.     any request for a reporter's record, including any statement of points or issues under Tex. R. App. P. 34.6(c);

10.     any request for preparation of the clerk's record; and

11.     any filing that a party has designated to have included in the record under Tex. R. App. P. 34.5(b).

The Chambers County District Clerk is directed to file a supplemental clerk's record on or before **January 31, 2017**, containing the items listed above.

If any of the omitted items is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that any such item is not a part of the case file.


PER CURIAM